**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| FERNANDO JOSE VASQUEZ MEJIA,<br><br>Petitioner,<br><br>v.<br><br>ATTORNEY GENERAL, et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-26-2488-PRW |

**ORDER**

Before the Court is Petitioner's Petition for Writ of Habeas Corpus (Dkt. 1). This case is one of many habeas petitions filed by an alien detainee challenging the legal basis for his ongoing detention by U.S. Immigration and Customs Enforcement ("ICE") as unlawful and unconstitutional. On October 23, 2026, Magistrate Judge Chris M. Stephens issued a Report and Recommendation (Dkt. 10) recommending that the Court grant in part Petitioner's request for habeas relief and order Respondents to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within seven days of the Court's order. The Government objects to Magistrate Judge Stephens's determination that § 1226(a) controls Petitioner's detention, but submits that this matter is controlled by the Tenth Circuit's opinion in *Quiroz v. Mullin*, which recently limited § 1225(b)(2)(A)'s reach to aliens detained at the border.[1] Because the Petition alleges—and the government does not

[1] 180 F.4th 1226 (10th Cir. 2026).

dispute—that ICE arrested Petitioner within the interior United States, *Quiroz* mandates Petitioner is entitled to an individualized bond hearing under § 1226(a).

Accordingly, the Court **ADOPTS** the Report and Recommendation (Dkt. 10).[2] The Court **ORDERS** Respondents to provide Petitioner with an individualized bond hearing under § 1226(a) within seven days of this Order or otherwise release Petitioner if he has not received a bond hearing within that period.

**IT IS SO ORDERED** this 9th day of November 2026.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

[2] *See* 28 U.S.C. § 636(b)(1) (requiring a district judge to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made" but otherwise permitting a district judge to review the report and recommendations under any standard it deems appropriate).